In the Matter of the Application of SARAH LEVENTHAL, Appellant, to Cancel a Mortgage of Record. LYDECKER VAN RIPER, as Executor, etc., of LENORE B. WARNER, Deceased, Respondent.— Motion for reargument denied. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.